FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 1789-JLS |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of |
| MIGUEL INSUNZA, | ) | Methamphetamine (Felony) |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about May 7, 2008, within the Southern District of California, defendant MIGUEL INSUNZA, did knowingly and intentionally import approximately 50 grams or more, to wit:  approximately 4.38 kilograms (9.636 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  June 3, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:San Diego
5/16/08